

RECEIVED
IN MONROE, LA
JUN 29 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| JEWEL DEAN BAMBURG | CIVIL ACTION NO. 06-1783 |
| VERSUS | JUDGE ROBERT G. JAMES |
| MICHAEL J. ASTRUE, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 13], no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Commissioner's decision regarding Plaintiff's application for supplemental security income benefits is REVERSED and REMANDED for further proceedings in accordance therewith.

MONROE, LOUISIANA, this 26th day of June, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE